No. 92–6565.  EDWARDS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–6566.  JONES v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 92–6567.  JONES ET AL. v. LASSEN ET AL.  Sup. Ct. Va. Certiorari denied.

No. 92–6568.  JONES, AKA JANSON v. THOMAS, SUPERINTENDENT, GEORGIA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 92–6569.  USHER v. VASQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 92–6571.  SAMM v. PLAZA WEST CO-OP ASSN., INC.  Ct. App. D. C.  Certiorari denied.

No. 92–6575.  ROJAS v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 92–6576.  MASON ET UX. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (INTERNAL REVENUE SERVICE, REAL PARTY IN INTEREST).  C. A. 9th Cir. Certiorari denied.

No. 92–6577.  MORRIS v. FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–6579.  GEE, AKA NANALOOK v. BALL ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 92–6580.  STEVENSON v. ADA COUNTY SHERIFF.  C. A. 9th Cir.  Certiorari denied.

No. 92–6581.  KROUPA v. COBB COUNTY, GEORGIA, ET AL. Sup. Ct. Ga.  Certiorari denied.

No. 92–6582.  ANGELO v. CITY AND COUNTY OF SAN FRANCISCO.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 92–6585.  BUNKER v. BORG, WARDEN.  C. A. 9th Cir. Certiorari denied.